## AQUILLA LAKE COMMUNITY, INC v AQUILLA REALTY CO

Ohio Appeals, 8th Dist, Cuyahoga Co

No 13677. Decided May 28, 1934

Carl D. Ainger, Cleveland, for plaintiff in error.

J. H. Zinner, Cleveland, for defendant in error.

MAUCK, PJ, and MIDDLETON, J, (4th Dist), and WILLIAMS, J, (6th Dist) sitting.

ORTMAN, Exr v ORTMAN et

Ohio Appeals, 2nd Dist, Fayette Co

No 215. Decided April 18, 1934

## OPINION

By MIDDLETON, J.

If this is the alleged contract on which this action was instituted, it is sufficient to say that a court of equity may not enforce it, nor consider any question of damages which might be the result of the refusal of the realty company to sell the tickets and hold a drawing. No bill of exceptions was filed and the proceeding here rested wholly on the pleadings as above noted.

Judgment affirmed.

MAUCK, PJ, and WILLIAMS, J, concur in judgment.